# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 09-1270**                                                    **September Term 2010**

**AGRI-PACA-APP06-0008**

**Filed On:** March 2, 2011

Cheryl A. Taylor and Steven C. Finberg,

       Petitioners

   v.

United States Department of Agriculture and
United States of America,

       Respondents

    **BEFORE:**    Brown*, Circuit Judges; Edwards and Randolph, Senior Circuit
                Judges

## O R D E R

Upon consideration of respondents' petition for rehearing, it is

    **ORDERED**, that the petition be granted as to the qualification of the factual statements on page 7 of the opinion and denied as to the references to <u>Quinn v. Butz</u>, 510 F.2d 743 (D.C. Cir. 1975). It is

    **FURTHER ORDERED** that the opinion of the court issued on January 7, 2011, be amended as follows:

    Page 7, ¶ 1, Lines 12-14: Delete "And the board, not company officers or managers, made all decisions governing the company's bills, capital expenditures, and personnel. *Id.* at 146-49, 1 J.A. 96-99. . . . " and insert in lieu thereof "And there is evidence that the board, not company officers or managers, made all decisions governing the company's bills, capital expenditures, and personnel. *Id.* at 146-49, 1 J.A. 96-99."

    Page 7, ¶ 2, Lines 1-4: Delete "And even though they carried "officer" titles at Fresh America, neither Taylor not Finberg had any measurable power or authority in board deliberations. . . ." and insert in lieu thereof "And even though they carried "officer" titles at Fresh America, there is evidence that neither Taylor nor Finberg had <u>any</u> measurable power or authority in board deliberations. (Emphasis added.)"

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

         BY:    /s/
                 Jennifer M. Clark
                 Deputy Clerk

* Circuit Judge Brown did not participate in this matter.